**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| Case Names: | | Case Numbers: | |
|---|---|---|---|
| | **e.Digital Corporation v. Diasonic Technology Co., LTD et al.** | | **12cv2543-CAB (WVG)** |
| | **e.Digital Corporation v. Grundig Intermedia GmbH et al.** | | **12cv2696-CAB (WVG)** |
| | **e.Digital Corporation v. SanDisk Corporation** | | **12cv2698-CAB (WVG)** |
| | **e.Digital Corporation v. Philips Electronics N. Am. Corp.** | | **12cv2701-CAB (WVG)** |
| | **e.Digital Corporation v. iriver, Ltd. et al.** | | **12cv2800-CAB (WVG)** |
| | **e.Digital Corporation v. GPX, Inc. et al.** | | **12cv2825-CAB (WVG)** |
| | **e.Digital Corporation v. Mach Speed Technologies, LLC et al.** | | **12cv2877-CAB (WVG)** |
| | **e.Digital Corporation v. Creative Labs, Inc. et al.** | | **12cv2879-CAB (WVG)** |
| | **e.Digital Corporation v. Osram Sylvania, Inc. et al.** | | **12cv2891-CAB (WVG)** |
| | **e.Digital Corporation v. Woodman Labs, Inc. et al.** | | **12cv2899-CAB (WVG)** |
| | **e.Digital Corporation v. MiTAC Digital Corporation et al.** | | **12cv2997-CAB (WVG)** |
| | **e.Digital Corporation v. Pantech Wireless, Inc. et al.** | | **13cv0023-CAB (WVG)** |
| | **e.Digital Corporation v. Fujifilm Corporation et al.** | | **13cv0112-CAB (WVG)** |
| | **e.Digital Corporation v. JVC Americas Corp. et al.** | | **13cv0356-CAB (WVG)** |

| | |
|---|---|
| e.Digital Corporation v. Motorola Mobility LLC | 13cv780-CAB (WVG) |
| e.Digital Corporation v. Research in Motion Limited et al. | 13cv781-CAB (WVG) |
| e.Digital Corporation v. ZTE Corporation et al. | 13cv782-CAB (WVG) |
| e.Digital Corporation v. Huawei Technologies Co., Ltd. et al. | 13cv783-CAB (WVG) |
| e.Digital Corporation v. Apple Inc. | 13cv785-CAB (WVG) |

Hon. Cathy Ann Bencivengo      Ct. Deputy Lori Hernandez      Rptr. Tape:

Pursuant to 28 U.S.C. § 455, the undersigned hereby RECUSES from the above-captioned cases. The Clerk's office shall reassign these matters to another judge. The Court directs plaintiff's counsel, on behalf of the parties, to contact the chambers of the reassigned judge to determine whether the May 17, 2013 case coordination telephone conference will go forward as previously scheduled by the Court.

IT IS SO ORDERED.

DATED:  April 26, 2013

_____
**CATHY ANN BENCIVENGO**
United States District Judge