Sarah Barrows (Bar No. 253278)
barrowss@gtlaw.com
**GREENBERG TRAURIG LLP**
4 Embarcadero Center
Suite 3000
San Francisco, CA 94111
Tel: (415) 655-1300
Fax: (415) 707-2010

Attorney for Defendant
Apple Inc.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>                Plaintiff,<br>v.<br><br>Apple Inc.<br><br>                Defendant. | Case No. 3:13-cv-00785 DMS-WVG<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO APPLY COLLATERAL ESTOPPEL**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Hearing Date:   July 26, 2013<br>Time:              1:30 p.m.<br>Assigned to:     Hon. Dana M. Sabraw<br>Courtroom:     13A<br><br>**ORAL ARGUMENT REQUESTED** |

TO PLAINTIFF AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, on July 26, 2013 at 1:30 p.m. in Courtroom 13A, in accordance with the Court's May 30, 2013 Order Setting Date for Hearing, Defendant Apple Inc. will and hereby does submit this motion to apply collateral estoppel to Plaintiff e.Digital Corporation.

Pursuant to this Court's May 30, 2013 Order Setting Date for Hearing, the motion is based on this Notice of Motion and Motion; the Memorandum in Support of Motion to Apply Collateral Estoppel Regarding Claim Construction Ruling in Prior e.Digital Case filed in Case No. 13-cv-0356 DMS (WVG), ECF No. 30 and the documents filed concurrently therewith, to the extent they relate to U.S. Patent No. 5,491,774[1]; the pleadings and papers on file in this action; and the argument of counsel presented at the hearing on the motion.

DATED: June 19, 2013         GREENBERG TRAURIG, LLP

By /s/
Sarah Barrows (Bar No. 253278)
barrowss@gtlaw.com
Stephen Ullmer (Bar No. 277537)
ullmers@gtlaw.com
**GREENBERG TRAURIG LLP**
4 Embarcadero Center
Suite 3000
San Francisco, CA 94111
Tel: (415) 655-1300
Fax: (415) 707-2010

James DeCarlo (admitted *pro hac vice*)
decarloj@gtlaw.com
Michael Nicodema (admitted *pro hac vice*)
nicodemam@gtlaw.com
Douglas Weider (admitted *pro hac vice*)
weiderd@gtlaw.com
**GREENBERG TRAURIG LLP**

---

[1] e.Digital has not asserted U.S. Patent No. 5,839,108 against Apple.

200 Park Avenue
Florham Park, NJ 07932
Tel: (973) 360-7900
Fax: (973) 301-8410

Kevin O'Shea (admitted *pro hac vice*)
osheak@gtlaw.com
**GREENBERG TRAURIG LLP**
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
Tel: (312) 456-8400
Fax: (312) 456-8435


Attorneys for Defendant
Apple Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 19, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

By _/s/_____
    Sarah Barrows