Sarah Barrows (Bar No. 253278)
barrowss@gtlaw.com
Stephen Ullmer (Bar No. 277537
ullmers@gtlaw.com
**GREENBERG TRAURIG LLP**
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Tel: (415) 655-1300
Fax: (415) 707-2010

James J. DeCarlo (*pro hac vice*)
decarloj@gtlaw.com
**GREENBERG TRAURIG LLP**
200 Park Avenue
Florham Park, NJ 07932
Tel:  (973) 360-7900
Fax:  (973) 301-8410

Kevin J. O'Shea (*pro hac vice*)
osheak@gtlaw.com
**GREENBERG TRAURIG LLP**
77 West Wacker Drive
Chicago, IL  60601
Tel:  (312) 456-8400
Fax:  (312) 456-8435

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>              Plaintiff,<br>v.<br><br>Apple Inc.<br><br>              Defendant. | Case No. 3:13-cv-00785 DMS-WVG<br><br>**APPLE'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12(c)**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Hearing Date:   August 9, 2013<br>Time:                1:30 p.m.<br>Assigned to:     Hon. Dana M. Sabraw<br>Courtroom:      13A<br><br>**ORAL ARGUMENT REQUESTED** |

# NOTICE OF MOTION AND MOTION

TO PLAINTIFF AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, on August 9, 2013 at 1:30 p.m. in Courtroom 13A, Defendant and Counterclaimant Apple Inc. will, and hereby does submit this motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c).

The motion is based on this Notice of Motion and Motion, and the Memorandum in Support of Motion for Judgment on the Pleadings Pursuant to Rule 12(c), the concurrently filed Declaration of Kevin J. O'Shea, the pleadings and papers on file in these actions, and the argument of counsel presented at the hearing on the motion.

DATED: July 8, 2013                    GREENBERG TRAURIG, LLP

By  *s/* Sarah Barrows
Sarah Barrows (Bar No. 253278)
barrowss@gtlaw.com
Stephen Ullmer (Bar No. 277537)
ullmers@gtlaw.com
**GREENBERG TRAURIG LLP**
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Tel: (415) 655-1300
Fax: (415) 707-2010

James J. DeCarlo (*pro hac vice*)
decarloj@gtlaw.com
**GREENBERG TRAURIG LLP**
200 Park Avenue
Florham Park, NJ 07932
Tel:  (973) 360-7900
Fax:  (973) 301-8410

Kevin J. O'Shea (*pro hac vice*)
osheak@gtlaw.com
**GREENBERG TRAURIG LLP**
77 West Wacker Drive
Chicago, IL  60601
Tel:  (312) 456-8400
Fax:  (312) 456-8435

Attorneys for Defendant Apple Inc.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 8, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

By  *s/* Sarah Barrows

Sarah Barrows