ANTON HANDAL (Bar No. 113812)
anh@handal-law.com
PAMELA C. CHALK (Bar No. 216411)
pchalk@handal-law.com
GABRIEL HEDRICK (Bar No. 220649)
ghedrick@handal-law.com
HANDAL & ASSOCIATES
1200 Third Avenue, Suite 1321
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Plaintiff and Counter-Defendant
e.Digital Corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: E.DIGITAL CASES | Case Nos.: 12cv2698-DMS (WVG)<br>12cv2701-DMS (WVG)<br>12cv2825-DMS (WVG)<br>12cv2877-DMS (WVG)<br>12cv2891-DMS (WVG)<br>12cv2899-DMS (WVG)<br>13cv0023-DMS (WVG)<br>13cv0112-DMS (WVG)<br>13cv0356-DMS (WVG)<br>13cv0780-DMS (WVG)<br>13cv0781-DMS (WVG)<br>13cv0782-DMS (WVG)<br>13cv0783-DMS (WVG)<br>13cv0785-DMS (WVG) |
| | **PLAINTIFF AND COUNTER-DEFENDANT E.DIGITAL CORPORATION'S NOTICE RE: OPPOSITION(S) TO COLLATERAL ESTOPPEL MOTION FILED JULY 3, 2013**<br><br>**Date: July 26, 2013**<br>**Time: 1:30 p.m.**<br>**Judge: Hon. Judge Dana M. Sabraw**<br>**Ctrm: 13A (Annex)** |

*PLAINTIFF E.DIGITAL CORPORATION'S NOTICE RE: OPPOSITION(S) TO COLLATERAL ESTOPPEL MOTION FILED JULY 3, 2013*

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

TO THE PARTIES, THEIR COUNSEL, AND THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

NOTICE IS HEREBY given of the following:

1) Plaintiff and Counter-Defendant e.Digital Corporation ("Plaintiff" or "e.Digital") filed an opposition ("Opposition") to the Defendants' Motion Re: Collateral Estoppel on or about July 3, 2013 in each of the above-titled matters as follows:

    a) *e.Digital Corporation v. SanDisk Corporation*, Case Number 3:12-cv-02698-DMS-WVG (Docket # 43);

    b) *e.Digital Corporation v. Philips Electronics North America Corporation*, Case Number 3:12-cv-02701-DMS-WVG (Docket #33);

    c) *e.Digital Corporation v. GPX, Inc. et al.,* Case Number 3:12-cv-02825-DMS-WVG (Docket #38);

    d) *e.Digital Corporation v. Mach Speed Technologies, LLC et al.* Case Number 3:12-cv-02877-DMS-WVG (Docket #39);

    e) *e.Digital Corporation v. Osram Sylvania, Inc. et al.* Case Number 3:12-cv-02891-DMS-WVG (Docket #44);

    f) e.*Digital Corporation v. Woodman Labs, Inc. et al.* Case Number 3:12-cv-02899-DMS-WVG (Docket #58);

    g) e.*Digital Corporation v. Pantech Wireless, Inc. et al.* Case Number 3:13-cv-00023-DMS-WVG (Docket #37);

    h) *e.Digital Corporation v. Fujifilm Corporation et al.* Case Number 3:13-cv-00112-DMS-WVG (Docket #54);

    i) e.*Digital Corporation v. JVC Americas Corp. et al.* Case Number 3:13-cv-00356-DMS-WVG (Docket #35);

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

j) *e.Digital Corporation v. Motorola Mobility LLC*
Case Number 3:13-cv-00780-DMS-WVG (Docket #28);

k) *e.Digital Corporation v. Research in Motion Limited et al.*
Case Number 3:13-cv-00781-DMS-WVG (Docket #32);

l) *e.Digital Corporation v. ZTE Corporation et al.*
Case Number 3:13-cv-00782-DMS-WVG (Docket #36);

m) *e.Digital Corporation v. Huawei Technologies Co., Ltd. et al.*
Case Number 3:13-cv-00783-DMS-WVG (Docket #58); and,

n) *e.Digital Corporation v. Apple Inc.,* Case Number: 3:13-cv-00785-DMS-WVG (Docket #34).

2) The Opposition(s) filed by e.Digital in each of the above-titled matters as noted above are identical to one another.

Respectfully submitted,
**HANDAL & ASSOCIATES**

Dated: July 9, 2013
By: /s/Pamela C. Chalk
Anton N. Handal
Pamela C. Chalk
Gabriel G. Hedrick
Attorneys for Plaintiff
e.Digital Corporation

*HANDAL & ASSOCIATES*
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*PLAINTIFF E.DIGITAL CORPORATION'S NOTICE RE: OPPOSITION(S) TO COLLATERAL ESTOPPEL MOTION FILED JULY 3, 2013*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 9th day of July, 2013 at San Diego, California.

**HANDAL & ASSOCIATES**

Dated: July 9, 2013     By: /s/Pamela C. Chalk
                            Anton N. Handal
                            Pamela C. Chalk
                            Gabriel G. Hedrick
                            Attorneys for Plaintiff
                            e.Digital Corporation

*HANDAL & ASSOCIATES*
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*PLAINTIFF E.DIGITAL CORPORATION'S NOTICE RE: OPPOSITION(S) TO COLLATERAL ESTOPPEL MOTION FILED JULY 3, 2013*