1  ANTON HANDAL (Bar No. 113812)
   anh@handal-law.com
2  PAMELA C. CHALK (Bar No. 216411)
   pchalk@handal-law.com
3  GABRIEL HEDRICK (Bar No. 220649)
   ghedrick@handal-law.com
4  HANDAL & ASSOCIATES
   1200 Third Avenue, Suite 1321
5  San Diego, California 92101
   Tel: 619.544.6400
6  Fax: 619.696.0323

7
   Attorneys for Plaintiff
8  e.Digital Corporation

9
                    UNITED STATES DISTRICT COURT
10
                  SOUTHERN DISTRICT OF CALIFORNIA
11
   e.Digital Corporation,                  Case No.   3:13-CV-00785-DMS-WVG
12
              Plaintiff,
13                                          **PLAINTIFF AND COUNTER-
        v.                                  DEFENDANT E.DIGITAL
14                                          CORPORATION'S  OBJECTION
   Apple Inc., a California Corporation,    TO "APPLE'S NOTICE OF
15                                          MOTION AND MOTION FOR
              Defendant.                    JUDGMENT ON THE PLEADINGS
16                                          PURSUANT TO RULE 12(c)"; AND,
                                            REQUEST THAT THE COURT
17                                          STRIKE THE MOTION AND
                                            TAKE IT OFF CALENDAR;
18                                          ATTACHED EXHIBITS A-B**

19
                                            **Hearing Date: August 9, 2013
20                                          Time:          1:30 p.m.
                                            Assigned to:   Hon. Dana M. Sabraw
21                                          Courtroom:   13A**

22

23
   Apple Inc., a California Corporation,
24
              Counterclaimant,
25
        v.
26
   e.Digital Corporation,
27
              Counter-Defendant.
28

HANDAL & ASSOCIATES
1200 THIRD  AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

1    TO THE PARTIES, THEIR COUNSEL, AND THE CLERK OF THE

2    UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF

3    CALIFORNIA:

4    Plaintiff e.Digital Corporation ("Plaintiff" or "e.Digital") hereby objects to

5    Defendant Apple Inc. ("Defendant" or "Apple")'s "Apple's Notice Of Motion And

6    Motion For Judgment On The Pleadings Pursuant To Rule 12(c)" ("Motion"), filed

7    on or about July 8, 2013 (Docket #35), on the following grounds:

8    1)    **The Motion Is Untimely Pursuant to the Court's May 30, 2013**

9    **Order (Docket #21).** e.Digital was required per Paragraph 7 of the Court's May

10   30, 2013 "Order After Case Management Conference" ("Order") (Docket #21) to

11   serve its preliminary infringement contentions by June 26, 2013. (*See,* Page 3,

12   Paragraph 7 of the Order, a true and correct copy of relevant portions of which are

13   attached hereto as Exhibit "A"). e.Digital complied with this Order on June 26,

14   2013, emailing and mailing the preliminary infringement contentions. (*See,* Docket

15   #35-2, "Declaration Of Kevin J. O'shea In Support Of Apple's Motion For

16   Judgment On The Pleadings Pursuant To Rule 12(c)", a true and correct copy of

17   relevant portions of which are attached hereto as Exhibit "B").

18   The Court further set a deadline for Apple to file its Federal Rule of Civil

19   Procedure Rule 12 (c) motion for judgment on the pleadings. Paragraph 5 of the

20   Order specifically states (*see,* Exhibit "A", Page 2, Paragraph 5):

21   "To the extent any Defendants desire to file motions based on failure

22   to state a claim for direct or indirect infringement, they must first file

23   answers. **Defendants may raise this issue in a motion under**

24   **Federal Rule of Civil Procedure 12(c) within seven (7) calendar**

25   **days after the service of infringement contentions by Plaintiff**, if

26   any Defendant believes the contentions fail to demonstrate a plausible

27   claim of infringement, direct or indirect." (emphasis added)

28   Pursuant to the Court's Order, any motion made pursuant to Federal Rule of

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*E.DIGITAL CORPORATION'S OBJECTION TO*                                    3:13-CV-00785-DMS-WVG
*APPLE INC.'S MJOP MOTION*                          -2-

1  Civil Procedure Rule 12(c) had to be filed no later than seven calendar days after

2  June 26, 2013 or no later than July 3, 2013. Apple filed its Motion seeking relief

3  pursuant to Federal Rule of Civil Procedure Rule 12(c) on July 8, 2013 or 5 days

4  after the Court ordered deadline. (Docket #35). As such, the Motion is untimely

5  and should be taken off calendar.

6         Given the aforementioned objections, e.Digital respectfully requests that

7  Defendant's Motion be stricken and/or the hearing be taken off calendar given that

8  the Motion is untimely.

9

10                                          **HANDAL & ASSOCIATES**

11  Dated: July 9, 2013                By:  /s/Pamela C. Chalk_____
                                            Anton N. Handal
12                                          Pamela C. Chalk
                                            Gabriel G. Hedrick.
13                                          Attorneys for Plaintiff
                                            e.Digital Corporation
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*HANDAL & ASSOCIATES*
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*E.DIGITAL CORPORATION'S OBJECTION TO*                    3:13-CV-00785-DMS-WVG
*APPLE INC.'S MJOP MOTION*                    -3-

1
2

## CERTIFICATE OF SERVICE

3
4
5
6
7
8

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d).  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

9
10
11

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed this 9th day of July, 2013 at San Diego, California.

12
13

## HANDAL & ASSOCIATES

14
15
16
17

Dated:  July 9, 2013

By:  /s/Pamela C. Chalk
       Anton N. Handal
       Pamela C. Chalk
       Gabriel G. Hedrick.
       Attorneys for Plaintiff
       e.Digital Corporation

18
19
20
21
22
23
24
25
26
27
28

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*E.DIGITAL CORPORATION'S OBJECTION TO*
*APPLE INC.'S MJOP MOTION*                    -4-

3:13-CV-00785-DMS-WVG