# EXHIBIT B

**Ranieri, Vera (Assoc-SFO-IP-Tech)**

| | |
|---|---|
| **From:** | O'Shea, Kevin J. (Shld-Chi-IP-Tech) |
| **Sent:** | Tuesday, July 09, 2013 5:41 PM |
| **To:** | Pam; Tony Handal; Gabriel Hedrick |
| **Cc:** | DeCarlo, James (Shld-NJ-IP); Barrows, Sarah (OfCnsl-SFO-IP-Tech); Ullmer, Stephen M. (Assoc-SFO-IP-Tech); Ranieri, Vera (Assoc-SFO-IP-Tech) |
| **Subject:** | e.Digital v. Apple:  e.Digital's Objections to Apple's Motion for Judgment on the Pleadings |
| **Attachments:** | Beginning pages Preliminary Infringe Contentions - Apple.pdf |

Counsel,

We have reviewed e.Digital's Objections to Apple's Motion for Judgment on the Pleadings, which you filed this evening.  (Dkt. No. 37.)  e.Digital's objection is based solely on its argument that Apple's motion is untimely.  That is not correct, and we therefore request that you withdraw the objection, so that Apple cab avoid having to incur any expense to prepare and file a response to this baseless objection.

As you stated in the objection, the Court ordered the Defendants to file a 12(c) motion, if appropriate, "within seven (7) calendar days after the service of infringement contentions by Plaintiff."  (Dkt. No. 21, Order, at 2.)  e.Digital served its Preliminary Infringement Contentions regarding the accused Apple products on June 26, 2013 pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), *i.e.*, via "Regular US Mail."  (*See* Plaintiff e.Digital Corporation's Disclosure of Asserted Claims and Preliminary Infringement Contentions to Apple (copy attached), at the Certificate of Service.)  Federal Rule of Civil Procedure 6(d) states that "[w]hen a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a)."  Rule 6(a), in turn, "appl[ies] in computing any time period specified in th[e] rules, in any local rule <u>or court order</u>, or in any statute that does not specify a method of computing time."  (emphasis added.)

Applying Rule 6(a) to the Court's Order, as we must, the end of the seven day period set forth in the Court's Order was July 3, 2013.  However, because e.Digital chose to serve its PICs by "Regular US Mail," as indicated in the Certificate of Service, the deadline is automatically extended by three days, thereby resetting the deadline to July 6, 2013.  As you no doubt are aware, July 6, 2013 was a Saturday.  Thus, pursuant to Rule 6(a)(1)(C), the deadline for Apple's 12(c) motion was extended to the next business day, *i.e.*, Monday, July 8, 2013, which is the day that we filed Apple's motion.

In the future, please contact us to discuss these types of issues before filing a pleading, so that the parties at least have an opportunity to attempt to resolve the issue without unnecessary expense.

Please confirm e.Digital's withdrawal of its objection by no later than close of business on Wednesday, July 10, 2013, so that Apple can avoid having to incur any costs to prepare and file a response.

Kevin.

**Kevin J. O'Shea**
Shareholder
Greenberg Traurig, LLP | 77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
Tel 312.456.1025 | Fax 312.899.0385 | Cell 312.282.3484
osheak@gtlaw.com  |  www.gtlaw.com



ALBANY  ·  AMSTERDAM  ·  ATLANTA  ·  AUSTIN  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DELAWARE  ·  DENVER  ·  FORT LAUDERDALE  ·  HOUSTON  ·  LAS VEGAS  ·  LONDON*  ·  LOS ANGELES  ·  MEXICO CITY+  ·  MIAMI  ·  NEW JERSEY  ·  NEW YORK  ·  ORANGE COUNTY  ·  ORLANDO  ·  PALM BEACH

COUNTY · PHILADELPHIA · PHOENIX · SACRAMENTO · SAN FRANCISCO · SHANGHAI · SILICON VALLEY · TALLAHASSEE · TAMPA · TEL AVIV^ · TYSONS CORNER · WARSAW~ · WASHINGTON, D.C. · WHITE PLAINS
*OPERATES AS GREENBERG TRAURIG MAHER LLP  +OPERATES AS GREENBERG TRAURIG, S.C.  ^A BRANCH OF GREENBERG TRAURIG, P.A., FLORIDA, USA  ~OPERATES AS GREENBERG TRAURIG GRZESIAK SP.K.

**STRATEGIC ALLIANCE WITH AN INDEPENDENT LAW FIRM**
MILAN · ROME