Sarah E. Barrows (Bar No. 253278)
barrowss@gtlaw.com
**GREENBERG TRAURIG LLP**
4 Embarcadero Center
Suite 3000
San Francisco, CA 94111
Tel: (415) 655-1300
Fax: (415) 707-2010

Attorney for Defendant
Apple Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

e.Digital Corporation,

Plaintiff,

v.

Apple Inc.

Defendant.

Case No. 3:13-cv-00785 DMS-WVG

**DEFENDANT'S NOTICE JOINING REPLY MEMORANDUM IN SUPPORT OF MOTION TO APPLY COLLATERAL ESTOPPEL FILED IN CASE NO. 3:13-CV-00356-DMS-WVG**

**DEMAND FOR JURY TRIAL**

Hearing Date: July 26, 2013
Time: 1:30 p.m.
Assigned to: Hon. Dana M. Sabraw
Courtroom: 13A

**ORAL ARGUMENT REQUESTED**

TO THE COURT, PLAINTIFF AND THEIR ATTORNEYS OF RECORD:

In accordance with the Court's May 30, 2013 Order After Case Management Conference (ECF No. 21), notice is hereby given that Defendant Apple Inc. will and hereby joins Defendants' Reply in Support of their Motion to Apply Collateral Estoppel regarding Claim Construction Ruling in prior e.Digital Case, filed by Defendants in Case No. 3:13-cv-00356-DMS-WVG (ECF No. 39 and associated documents), to the extent such arguments relate to U.S. Patent No. 5,491,774[1].

DATED: July 17, 2013                    GREENBERG TAURIG, LLP


By  *s/* Sarah E. Barrows
Sarah E. Barrows (Bar No. 253278)
barrowss@gtlaw.com
Stephen Ullmer (Bar No. 277537)
ullmers@gtlaw.com
**GREENBERG TRAURIG LLP**
4 Embarcadero Center
Suite 3000
San Francisco, CA 94111
Tel: (415) 655-1300
Fax: (415) 707-2010

James DeCarlo (admitted *pro hac vice*)
decarloj@gtlaw.com
Michael Nicodema (admitted *pro hac vice*)
nicodemam@gtlaw.com
Douglas Weider (admitted *pro hac vice*)
weiderd@gtlaw.com
**GREENBERG TRAURIG LLP**
200 Park Avenue
Florham Park, NJ 07932
Tel: (973) 360-7900
Fax: (973) 301-8410

Kevin O'Shea (admitted *pro hac vice*)
osheak@gtlaw.com
**GREENBERG TRAURIG LLP**

---

[1] e.Digital has not asserted U.S. Patent No. 5,839,108 against Apple.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

77 West Wacker Drive
Suite 3100
Chicago, IL 60601
Tel: (312) 456-8400
Fax: (312) 456-8435


Attorneys for Defendant
Apple Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 17, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

By  *s/* Sarah E. Barrows
Sarah E. Barrows