# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| e.DIGITAL CORPORATION, | Case No. 13cv785 DMS (WVG) |
|---|---|
| Plaintiff, | **ORDER RE: ORAL ARGUMENT** |
| vs. | |
| APPLE, INC., | |
| Defendant; | |
| AND RELATED COUNTERCLAIMS. | |

Pending before the Court in this patent infringement action is Defendant's motion for judgment on the pleadings under Rule 12(c) of the Federal Rules of Civil Procedure. The motion is set for hearing on Friday, August 9, 2013, and is suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED.**

DATED: August 6, 2013

_____
HON. DANA M. SABRAW
United States District Judge