## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

e.DIGITAL                    v. APPLE                    No. 13-0785-DMS(WVG)

HON. WILLIAM V. GALLO        CT. DEPUTY J. YAHL     RPTR. 2 H 45 M
                                Attorneys

   Plaintiffs                                     Defendants
ANTON HANDAL                                 KEVIN O'SHEA

PAMELA CHALK                                 VERA RANIERI

    ENE held.

DATE: October 9, 2013