ANTON HANDAL (Bar No. 113812)
anh@handal-law.com
PAMELA C. CHALK (Bar No. 216411)
pchalk@handal-law.com
GABRIEL HEDRICK (Bar No. 220649)
ghedrick@handal-law.com
HANDAL & ASSOCIATES
1200 Third Avenue, Suite 1321
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Plaintiff and Counter-Defendant
e.Digital Corporation

SARAH BARROWS (Bar No. 253278)           JAMES J. DECARLO (*pro hac vice*)
barrowss@gtlaw.com                        decarloj@gtlaw.com
STEPHEN ULLMER (Bar No. 277537)           GREENBERG TRAURIG LLP
ullmers@gtlaw.com                         200 Park Avenue
GREENBERG TRAURIG LLP                     Florham Park, NJ 07932
4 Embarcadero Center Suite 3000           Tel: 973.360.7900
San Francisco, CA 94111                   Fax: 973.301.8410
Tel: 415.655.1300
Fax: 415.707.2010

KEVIN J. O'SHEA (*pro hac vice*)
osheak@gtlaw.com
GREENBERG TRAURIG LLP
77 West Wacker Drive
Chicago, IL 60601
Tel: 312.456.8400
Fax: 312.456.8435

Attorneys for Defendant and Counterclaimant
Apple, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Apple Inc.,<br><br>　　　　Defendant. | Case No. 3:13-cv-00785-DMS-WVG<br><br>**JOINT MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS AND COUNTERCLAIMS**<br><br>**Assigned to the Honorable<br>Judge Dana M. Sabraw<br>Ctrm: 13A (Annex)** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

Plaintiff and Counter-Defendant e.Digital Corporation ("e.Digital" or "Plaintiff"); and, Defendants and Counterclaimant Apple Inc. ("Apple" or "Defendant") by their undersigned counsel, hereby present this joint stipulation and notice of dismissal.

Plaintiff and the Defendant are collectively referred to hereafter as "the Parties." The Parties stipulate and provide notice as follows:

The Parties have reached an agreement on a settlement of all claims brought in this action.

On the basis of the settlement reached, the parties hereby stipulate and agree as follows:

1) Plaintiff e.Digital hereby voluntarily dismisses all claims brought in this matter against Defendant and Counterclaimant Apple Inc. WITH PREJUDICE.

2) Defendant and Counterclaimant Apple hereby voluntarily dismisses all of its counterclaims brought in this matter against Plaintiff and Counter-Defendant e.Digital WITHOUT PREJUDICE; and,

3) Each party shall bear its own costs and attorneys' fees in this matter.

Thus, it is thereby respectfully requested, that the Court enter an order as follows:

1) Plaintiff and Counter-Defendant e.Digital Corporation's claims made it in its Complaint against Apple are dismissed WITH PREJUDICE;

2) Defendant and Counterclaimant Apple's against e.Digital Corporation are hereby dismissed WITHOUT PREJUDICE; and,

3) Each party shall bear its own costs and attorneys' fees.

Pursuant to Local Civil Rule 7.2, the parties hereto will separately submit a

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

Proposed Order granting the relief requested.

Respectfully submitted,<br>**HANDAL & ASSOCIATES**

Dated: December 18, 2013   By: /s/Pamela C. Chalk
                                                    Anton N. Handal
                                                    Pamela C. Chalk
                                                    Gabriel G. Hedrick
                                                    Attorneys for Plaintiff
                                                    And Counter-Defendant
                                                    e.Digital Corporation
                                                    e.Digital Corporation

**GREENBERG TAURIG, LLP**

Dated: December 18, 2013   By: /s/ Sarah Barrows
                                                    Sarah Barrows
                                                    Stephen Ullmer
                                                    James J. DeCarlo
                                                    Kevin J. O'Shea
                                                    Attorneys for Defendant
                                                    And Counter-Claimant
                                                    Apple Inc.

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I, Pamela C. Chalk, attest that signatory, Sarah Barrows, has read and approved the foregoing and consents to its filing in this action.

                                                  By /s/Pamela C. Chalk
                                                       Pamela C. Chalk

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*JOINT MOTION FOR VOLUNTARY DISMISSAL*   3   CASE NO. 3:13-CV-00785-DMS-WVG

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 18th day of December, 2013 at San Diego, California.

**HANDAL & ASSOCIATES**

Dated: December 18, 2013

By: /s/Pamela C. Chalk
Anton N. Handal
Pamela C. Chalk
Gabriel G. Hedrick
Attorneys for Plaintiff
And Counter-Defendant
e.Digital Corporation

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323